IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**HUNTER HILL, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. _____

**BUCKSTONE WEST, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as an hourly Delivery Driver for Buckstone West, LLC, within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**HUNTER HILL**
October 20, 2021

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**