Catharine Morisset, ASB #0912083
Fisher & Phillips LLP
1201 3rd AVE., Suite 2750
Seattle, WA 98101
Tel. (206) 693-5076
Fax. (206) 682-7908
cmorisset@fisherphillips.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **HUNTER HILL,** Individually and on Behalf of All Others Similarly Situated**,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BUCKSTONE WEST, LLC,**<br><br>Defendant. | Case No. 3:21-cv-00237-SLG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hunter Hill, Individually and on Behalf of All Others Similarly Situated and Defendant Buckstone West, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court and attorneys' fees.

//

Respectfully submitted this 29th day of December 2021.

| | |
|---|---|
| */s/ Daniel Pace (per email authority)* | */s/ Catharine M. Morisset* |
| Daniel I. Pace, ASB #1305008 | Catharine M. Morisset, ASB #0912083 |
| (*Local Counsel*) | FISHER & PHILLIPS LLP |
| PACE LAW OFFICES | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

Josh Sanford, Ark. Bar No. 2001037
(*Pro Hac Vice*)
SANFORD LAW FIRM, PLLC
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury of the laws of the United States that on December 29, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Daniel I. Pace, AD Bar #1305008
(*Local Counsel*)
PACE LAW OFFICES
101 East Ninth Avenue, 7A
Anchorage, Alaska 99501
Telephone: 907-222-4003
Email: Dan@pacelawoffices.com
*Attorney for Plaintiff*

Josh Sanford, Ark. Bar No. 2001037
(*Pro Hac Vice*)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: 501-221-0088
Facsimile: 888-787-2040
Email: josh@sanfordlawfirm.com
*Attorney for Plaintiff*

Executed on December 29, 2021, in accordance with 28 USC § 1746.

*/s/ Jazmine Matautia*
Jazmine Matautia, Legal Assistant